No. 96–6923.  ANDREWS v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 96–6940.  ARLINE v. UNITED STATES.  C. A. 8th Cir.  Cer-
tiorari denied.

No. 96–330.  OFFICIAL COMMITTEE OF TORT CLAIMANTS v.
DOW CORNING CORP. ET AL.; and
No. 96–742.  BREAST IMPLANT TORT CLAIMANTS REPRE-
SENTED BY O'QUINN, KERENSKY, MCANINCH & LAMINACK v.
DOW CORNING CORP. ET AL.  C. A. 6th Cir.  Certiorari denied.
JUSTICE O'CONNOR took no part in the consideration or decision
of these petitions.  Reported below: 86 F. 3d 482.

No. 96–479.  ADVANCED COMMUNICATIONS CORP. v. FEDERAL
COMMUNICATIONS COMMISSION ET AL.  C. A. D. C. Cir.  Motions
of Foundation for Educational Advancement Today and William
Philip Welty for leave to file briefs as *amici curiae* granted.  Cer-
tiorari denied.

No. 96–833.  IN RE HOOK  C. A. 7th Cir.  Petition for writ of
certiorari, mandamus, and prohibition denied.

No. 95–2025.  CALIFORNIA ET AL. v. ROY, *ante*, p. 2;
No. 95–6347.  GORDON v. PEORIA SCHOOL DISTRICT 150 ET AL.,
516 U. S. 1030;
No. 95–8797.  WILLIAMS v. LEWIS ET AL., *ante*, p. 828;
No. 95–9028.  MURRELL v. UNIVERSITY OF SOUTH CAROLINA,
*ante*, p. 835;
No. 95–9034.  MCDUFF v. UNITED STATES, *ante*, p. 835;
No. 95–9089.  LAUFMAN v. MAYER ET AL., *ante*, p. 837;
No. 95–9178.  GUNNELL v. LITTLEFIELD, WARDEN, *ante*,
p. 842;
No. 95–9382.  IN RE HOPE, *ante*, p. 806;
No. 95–9495.  COTTON v. HILBIG ET AL., *ante*, p. 860;
No. 96–185.  SAKARIA ET AL. v. DARE COUNTY BOARD OF ED-
UCATION, *ante*, p. 976;
No. 96–338.  KAHN v. BEICKER ENGINEERING, INC., ET AL.,
*ante*, p. 965;